**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-25111-FAM**

**RDM DISTRESS ASSETS HOLDINGS, LLC,**

*Plaintiff,*

vs.

**BARON PROPERTY GROUP, LLC; BPG MERRICK PARC 2, LLC; and MATTHEW BARON,**

*Defendants.*
_____________________________________/

**FINAL DEFAULT JUDGMENT**

THIS CAUSE came before the Court upon Plaintiff's Motion for Final Default Judgment Against All Defendants (D.E. 18), filed on September 1, 2026, as limited by Plaintiff's Notice of Filing Proposed Revised Final Default Judgment (D.E. 21) and Plaintiff's Notice of Filing Proposed Alternate Final Default Judgment (D.E. 30).

THE COURT has considered the motion, the Clerk's Default entered against all Defendants on August 25, 2026 (D.E. 17), the Liquidated Damages Affidavit of Oscar Rivera (D.E. 18-1), the affidavit filed pursuant to 50 U.S.C. Section 3931 (D.E. 18-2), the argument of counsel at the hearing held on September 29, 2026, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that the motion is GRANTED as follows:

(1) Final default judgment is entered in favor of Plaintiff, RDM DISTRESS ASSETS HOLDINGS, LLC, and against Defendants, BARON PROPERTY GROUP, LLC, BPG

MERRICK PARC 2, LLC, and MATTHEW BARON, jointly and severally, on Counts I through V of the Complaint.

(2) Plaintiff, RDM DISTRESS ASSETS HOLDINGS, LLC, whose address is 2555 Ponce de Leon Boulevard, Suite 230, Coral Gables, Florida 33134, shall recover from Defendants, BARON PROPERTY GROUP, LLC and BPG MERRICK PARC 2, LLC, whose address is 152 West 57th Street, 37th Floor, New York, New York 10019, and MATTHEW BARON, whose address is 393 West End Avenue, Apartment 16A, New York, New York 10024, jointly and severally, the acknowledged outstanding balance of $4,494,906.00 as of February 25, 2026; post-maturity interest at the contractual rate of $4,869.48 per day for the 188 days from February 26, 2026 through September 1, 2026 in the amount of $915,462.24; the Forbearance Consideration of $700,000.00, as automatically increased effective April 14, 2026; and prejudgment interest at $4,869.48 per day for the 28 days from September 2, 2026 through September 29, 2026 in the amount of $136,345.44, for a sum total of $6,246,713.68, together with further prejudgment interest at $4,869.48 per day from September 30, 2026 through the date of entry, if entered after September 29, 2026, for which sums let execution issue.

(3) The award in paragraph (2) is a single judgment upon Counts I through V of the Complaint, and not separate awards upon each Count. The Defendants are jointly and severally liable for it, and it may be satisfied only once.

(4) Interest shall accrue on this judgment pursuant to 28 U.S.C. Section 1961.

(5) No amount is awarded in this judgment for attorneys' fees or costs of collection, including the contractual minimum collection fee provided by the Promissory Note. The Court

reserves jurisdiction to determine Plaintiff's entitlement to and the amount of attorneys' fees and costs upon a motion filed in accordance with Local Rule 7.3.

(6) No amount is awarded in this judgment on account of the $250,000.00 Accommodation Fee described in Section 3 of the parties' Limited Release of Collateral and Consent to Judgment Agreement dated as of July 24, 2026 (the "Consent Agreement"). Nothing in this judgment adjudicates, satisfies, merges, releases, or impairs that fee or any right or remedy of Plaintiff with respect to it, all of which are expressly reserved, including Plaintiff's rights under Sections 1, 3, and 7 of the Consent Agreement.

(7) Pursuant to Federal Rule of Civil Procedure 62(a), this judgment is immediately enforceable and execution upon it may issue forthwith upon entry.

(8) The Court retains jurisdiction to enforce this judgment, including jurisdiction over proceedings supplementary and in aid of execution pursuant to Federal Rule of Civil Procedure 69 and applicable Florida law; to enforce the Consent Agreement, as the parties agreed in Section 12 thereof, including by entry of a separate judgment on Section 3 thereof; and to determine attorneys' fees and costs as provided in paragraph (5).

(9) Plaintiff's Motion for Entry of Final Judgment Pursuant to Defendants' Contractual Consents (D.E. 6) is DENIED as moot. All other pending motions are DENIED as moot, and the Clerk is directed to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of September 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record