UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 26-25111-CIV-MORENO**

RDM DISTRESS ASSETS HOLDINGS, LLC,

Plaintiff,

vs.

BARON PROPERTY GROUP, LLC; BPG MERRICK PARK 2, LLC; MATTHEW BARON,

Defendants.
_______________________________________/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND CLERK'S CERTIFICATION OF JUDGMENT**

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion to Correct Clerk's Certification of Judgment **(D.E. 40)**, filed on **October 16, 2026**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. The Clerk of Court is directed certify the judgment to be registered in another district in the form attached to this Order. This form reflects that the registration is authorized under 28 U.S.C. § 1963 for good cause shown and before the time for appeal has expired.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th of October 2026.



_______________________________________
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 26-25111-CIV-MORENO**

RDM DISTRESS ASSETS HOLDINGS, LLC,

Plaintiff,

vs.

BARON PROPERTY GROUP, LLC; BPG MERRICK PARK 2, LLC; MATTHEW BARON,

Defendants.
_____________________________________________/

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment by this court on October 1, 2026.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, and the registration is authorized under 28 U.S.C. § 1963 for good cause shown and before the time for appeal has expired.

Date: ____________

CLERK OF COURT

By: ______________________
Deputy Clerk